IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NUMBER 3:06CR5-TSL-JCS

RICKY MCDONALD

## JUDGMENT OF ACQUITTAL

The jury having returned a verdict of Not Guilty as to both counts of the two-count indictment filed against the defendant, Ricky McDonald, the Court hereby enters a Judgment of Acquittal dismissing all charges filed against Ricky McDonald. This matter is fully and finally dismissed.

SO ORDERED, this the 15th day of September, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE